# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES HART, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIV-14-178-R |
| | ) |
| SANDRIDGE ENERGY, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On October 3, 2013, Plaintiffs filed two motions in this action, which was at that time pending before the District Court of Kansas, seeking conditional certification and the tolling of the statute of limitations period until ninety days after the Court issues supervised Notice. Thereafter the Court granted Defendants' motion to dismiss, and Plaintiffs have since filed their Second Amended Complaint, to which Defendants have filed answers. The motions filed regarding certification and tolling appear to the Court to be fully briefed and ripe for decision in light of the filing of the answers. The parties are hereby ordered to file a joint status report within 2 days informing the Court whether, in light of the filing of the Second Amended Complaint, additional briefing is needed with regard to these issues, or whether the parties stand on their prior briefs.

IT IS SO ORDERED this 15th day of May, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE