# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| JAMES HART, et al., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) Case No. CIV-14-178-R |
| SANDRIDGE ENERGY, INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Defendant is hereby granted fourteen days in which to file supplemental briefs in response to Plaintiffs' Motion for Conditional Certification and Motion to Toll the Statute of Limitations. Plaintiffs shall have seven days thereafter in which to file supplemental reply briefs in support of their motions.

IT IS SO ORDERED this 20th day of May, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE