IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES HART, *et al.*, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> SANDRIDGE ENERGY, INC., ) <br> SANDRIDGE OPERATING COMPANY, ) <br> AND LARIAT SERVICES, INC.; ) <br> ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> CASE NO. 14-178-R |

**ORDER GRANTING JOINT MOTION FOR CONDITIONAL
CERTIFICATION OF RULE 23 SETTLEMENT CLASS, FINAL
CERTIFICATION OF FLSA SUBCLASSES, PRELIMINARY
APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT AND FLSA
COLLECTIVE ACTION SETTLEMENT, AND RELATED RELIEF**

NOW on this 28th day of March, 2016, this matter comes before this Court on the parties' Joint Motion for Conditional Certification of Rule 23 Settlement Class, Final Certification of FLSA Subclasses, Preliminary Approval of Rule 23 Class Action Settlement and FLSA Collective Action Settlement, and Related Relief. [Doc. No. 86]. For good cause shown this Court orders the following:

1. Conditional certification of a Fed. R. Civ. P. 23 settlement class, for settlement purposes only, defined as follows:

> SandRidge/Lariat employees who worked during a Workweek as a driller, derrickman, motorman, and/or floorhand, in Kansas or Oklahoma at any time from July 15, 2010 through June 10, 2013, or in Texas at any time from

> July 15, 2009 through June 10, 2013, who allege they were unpaid for attendance at pre-shift safety meetings.

2. Final certification of the FLSA sub-classes for settlement purposes only, pursuant to 29 U.S.C. § 216(b), defined as follows:

> SandRidge/Lariat employees who worked as a driller, derrickman, motorman, or floorhand at any time from July 24, 2011 through September 30, 2014, who earned bonuses that were not calculated into their regular rate of pay to determine their appropriate overtime rates; and

> SandRidge/Lariat employees who worked during a Workweek as a driller, derrickman, motorman, and/or floorhand at any time from July 24, 2011 through June 10, 2013, who allege they were unpaid for attendance at pre-shift safety meetings.

3. The Settlement Agreement (the "Agreement") [Doc. No. 88-2, pages 1 - 51] is preliminarily approved.

4. The proposed Notice of Settlement and Consent to Join Action form [Doc. No. 88-3] is approved.

5. The Settlement Claims Administrator is directed to distribute the proposed Notice of Settlement and Consent to Join Action form to all eligible class members by April 4, 2016.

6. David A. Warta, Donald E. Smolen, II, Daniel E. Smolen, Robert Blakemore, Oleg Roytman and Daniel Roytman, of the law firm Smolen, Smolen & Roytman, P.L.L.C., are appointed Class Counsel.

7. Peter Babb, Johnny Garrison, James Hart and Michael Walters are appointed as Class Representatives.

> July 15, 2009 through June 10, 2013, who allege they were unpaid for attendance at pre-shift safety meetings.

2. Final certification of the FLSA sub-classes for settlement purposes only, pursuant to 29 U.S.C. § 216(b), defined as follows:

> SandRidge/Lariat employees who worked as a driller, derrickman, motorman, or floorhand at any time from July 24, 2011 through September 30, 2014, who earned bonuses that were not calculated into their regular rate of pay to determine their appropriate overtime rates; and

> SandRidge/Lariat employees who worked during a Workweek as a driller, derrickman, motorman, and/or floorhand at any time from July 24, 2011 through June 10, 2013, who allege they were unpaid for attendance at pre-shift safety meetings.

3. The Settlement Agreement (the "Agreement") [Doc. No. 88-2, pages 1 - 51] is preliminarily approved.

4. The proposed Notice of Settlement and Consent to Join Action form [Doc. No. 88-3] is approved.

5. The Settlement Claims Administrator is directed to distribute the proposed Notice of Settlement and Consent to Join Action form to all eligible class members by April 4, 2016.

6. David A. Warta, Donald E. Smolen, II, Daniel E. Smolen, Robert Blakemore, Oleg Roytman and Daniel Roytman, of the law firm Smolen, Smolen & Roytman, P.L.L.C., are appointed Class Counsel.

7. Peter Babb, Johnny Garrison, James Hart and Michael Walters are appointed as Class Representatives.

8. Kurtzman Carson Consultants, LLC is hereby appointed as Settlement Claims Administrator.

9. The notice pursuant to the Class Action Fairness Act [Doc. No. 88-7] is approved.

10. The Settlement Claims Administrator shall establish a Qualified Settlement Fund ("QSF") account in accordance with 26 CFR § 1.468B-1, on or before April 4, 2016.

11. Defendants are directed to transfer $1,100,000.00 into the QSF in accordance with the Agreement on or before April 4, 2016.

12. Any eligible class member who wishes to object to the settlement must file a written objection with the Court no later than June 12, 2016.

13. The fairness hearing for final approval of the Settlement is hereby set on The 27th day of June, 2016, at 9:00 a.m., before the undersigned Judge.

IT IS SO ORDERED this 28th day of March, 2016.

*[signature: David L. Russell]*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE